UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSHUA RAWA, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.  4:17CV01252 AFG |
| MONSANTO COMPANY, ) ) | |
| Defendant. ) | |

## ORDER

Upon review of the joint status report filed in this case on August 18, 2017,

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to file an amended complaint is extended to **September 22, 2017**.

**IT IS FURTHER ORDERED** that the parties shall file on or before **September 29, 2017**, a joint motion for preliminary approval of a nationwide settlement class.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2017