**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOSHUA RAWA, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 4:17CV01252 AGF<br><br>*Consolidated with Case No. 4:17CV02300 AGF* |

## ORDER

**IT IS SO ORDERED** that a telephone conference with counsel is set for **Monday, November 6, 2017, at 12:30 p.m.** to discuss the consent motion for preliminary approval of a nationwide class for settlement purpose.  Call-in information was provided previously by email.

Dated this 3rd day of November , 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

- 1 -