# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA RAWA, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 4:17CV01252 AGF<br><br>*Consolidated with Case No. 4:17CV02300 AGF* |

## ORDER RESETTING TELEPHONE CONFERENCE

**IT IS HEREBY ORDERED** that due to a scheduling conflict, the Court must reset the telephone conference with counsel set for Monday, November 6, 2017, to discuss the consent motion for preliminary approval of a nationwide class for settlement purposes. The conference is **RESET** for **Thursday, November 9, 2017, at 12:30pm CST**.

Dated this 3rd day of November, 2017.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE