# Exhibit A

## State-by-State Statute of Limitations for False Advertising Claims

*To qualify to make a claim, you must have purchased the product AFTER the date listed for your state below.*

### One Year

| State | Citation | Time Period Begins |
|---|---|---|
| Alabama | Ala. Code § 8–19–14 | April 5, 2016 |
| Arizona | Ariz. Rev. Stat. Ann. § 12–541(5); *Schellenbach v. GoDaddy.com LLC*, 2017 WL 192920, at *3 (D. Ariz. Jan. 18, 2017) | April 5, 2016 |
| Louisiana | La. Rev. Stat. Ann. § 51:1409(E) | April 5, 2016 |
| Oregon | Or. Rev. Stat. Ann. § 646.638(6) | April 5, 2016 |
| Tennessee | Tenn. Code Ann. § 47–18–110 | April 5, 2016 |

### Two Years

| State | Citation | Time Period Begins |
|---|---|---|
| Alaska | Alaska Stat. § 45.50.531(f) | April 5, 2015 |
| Idaho | Idaho Code Ann. § 48-619 | April 5, 2015 |
| Indiana | Ind. Code Ann. § 24– 5–0.5–5(b) | April 5, 2015 |
| Iowa | Iowa Code Ann. § 714H.5(5) | April 5, 2015 |
| Kentucky | Ky. Rev. Stat. Ann. § 367.220(5) | April 5, 2015 |
| Montana | Mont. Code Ann. § 27–2–211(1); *Osterman v. Sears, Roebuck & Co.*, 80 P.3d 435, 441 (2003) | April 5, 2015 |
| Ohio | Ohio Rev. Code Ann. § 1345.10(C) | April 5, 2015 |
| Texas | Tex. Bus. & Com. Code Ann. § 17.565 | April 5, 2015 |
| Utah | Utah Code Ann. § 13–11–19(8) | April 5, 2015 |
| Virginia | Va. Code Ann. § 59.1–204.1(A) | April 5, 2015 |
| West Virginia | W. Va. Code Ann. § 55–2–12; *Hanshaw v. Wells Fargo Bank, N.A.*, 2015 WL 5345439, at *9 (S.D.W. Va. Sept. 11, 2015) | April 5, 2015 |

| State | Citation | Time Period Begins |
|---|---|---|
| Wisconsin | Wis. Stat. Ann. § 425.307(1) | April 5, 2015 |
| Wyoming | Wyo. Stat. Ann. § 40– 12–109 | April 5, 2015 |

## Three Years

| State | Citation | Time Period Begins |
|---|---|---|
| Colorado | Colo. Rev. Stat. Ann. § 6-1-115 | April 5, 2014 |
| Connecticut | Conn. Gen. Stat. Ann. § 42-110g(f) | April 5, 2014 |
| Delaware | Del. Code Ann. tit. 10, § 8106(a); *Pender v. Daimlerchrysler Corp.*, 2004 WL 2191030, at *3 (Del. Super. Ct. July 30, 2004) | April 5, 2014 |
| District of Columbia | D.C. Code § 28-3905(a) | April 5, 2014 |
| Illinois | 815 Ill. Comp. Stat. Ann. 505/10a(e) | April 5, 2014 |
| Kansas | Kan. Stat. Ann. § 60- 512; Alexander v. Certified Master Builders Corp., 268 Kan. 812, 824, 1 P.3d 899, 908 (2000) | April 5, 2014 |
| Maryland | Md. Code Ann., Cts. & Jud. Proc. § 5-101; Palermino v. Ocwen Loan Servicing, LLC, No. CV TDC-14- 0522, 2015 WL 6531003, at *3 (D. Md. Oct. 26, 2015) | April 5, 2014 |
| Mississippi | Miss. Code. Ann. § 15-1-49(1); Archer v. Nissan Motor Acceptance Corp., 633 F. Supp. 2d 259, 265 (S.D. Miss. 2007) | April 5, 2014 |
| New York | Gould v. Helen of Troy Ltd., 2017 WL 1319810, at *2 (S.D.N.Y. Mar. 30, 2017) | April 5, 2014 |
| Oklahoma | Greer v. SunTrust Mortg., Inc., No. 13-CV-0402-CVE-FHM, 2013 WL 5520010, at *7 (N.D. Okla. Oct. 3, 2013) | April 5, 2014 |
| South Carolina | S.C. Code Ann. § 39- 5-150 | April 5, 2014 |
| Washington | Wash. Rev. Code Ann. § 19.86.120(A) | April 5, 2014 |

## Four+ Years

| State | Citation | Time Period Begins |
|---|---|---|
| Arkansas | Ark. Code Ann. § 4- 88-115 | April 5, 2013 |
| California | Cal. Bus. & Prof. Code § 17208; *Yumul v. Smart Balance, Inc.*, 733 F. Supp. 2d 1134, 1140 (C.D. Cal. 2010) | October 13, 2012 |
| Florida | Fla. Stat. Ann. § 95.11(3)(f); *Matthews v. Am. Honda Motor Co.*, 2012 WL 2520675, at *4 (S.D. Fla. June 6, 2012) | April 5, 2013 |
| Georgia | Ga. Code Ann. § 9-3- 31; *Kason Indus., Inc. v. Component Hardware Grp., Inc.*, 120 F.3d 1199, 1204 (11th Cir. 1997) | April 5, 2013 |
| Hawaii | Haw. Rev. Stat. Ann. § 480-24; *Martin v. GMAC Mortg. Corp.*, 2011 WL 6002617, at *10 (D. Haw. Nov. 30, 2011) | April 5, 2013 |
| Massachusetts | Mass. Gen. Laws Ann. ch. 260, § 5A | April 5, 2013 |
| Maine | Me. Rev. Stat. tit. 14, § 752; *State v. Bob Chambers Ford, Inc.*, 522 A.2d 362, 364 (Me. 1987) | April 5, 2013 |
| Michigan | Mich. Comp. Laws Ann. § 445.911(7) | April 5, 2013 |
| Minnesota | Minn. Stat. Ann. § 541.05(1); *Drobnak v. Andersen Corp.*, 2008 WL 80632, at *4 (D. Minn. Jan. 8, 2008) | April 5, 2013 |
| Missouri | Mo. Ann. Stat. § 516.120(2); *Snelling v. HSBC Card Servs., Inc.*, 2015 WL 3621091, at *8 (E.D. Mo. June 9, 2015) | April 5, 2013 |
| Nebraska | Neb. Rev. Stat. Ann. § 87-303.10 | April 5, 2013 |
| Nevada | Nev. Rev. Stat. Ann. § 11.190(2)(d) | April 5, 2013 |
| New Hampshire | N.H. Rev. Stat. Ann. § 358-A:3(IV-a); N.H. Rev. Stat. Ann. § 508:4(I); *Bougopoulos v. Altria Grp., Inc.*, 954 F. Supp. 2d 54, 65 (D.N.H. 2013) | April 5, 2013 |
| New Jersey | N.J. Stat. Ann. § 2A:14-1; *Marchi v. Hudson City Sav. Bank*, 2017 WL 628476, at *4 (D.N.J. Feb. 15, 2017) | April 5, 2013 |

| State | Citation | Time Period Begins |
|---|---|---|
| New Mexico | N.M. Stat. Ann. § 37-1-4; *Nance v. L.J. Dolloff Assocs., Inc.*, 126 P.3d 1215, 1220 | April 5, 2013 |
| North Carolina | N.C. Gen. Stat. Ann. § 75-16.2 | April 5, 2013 |
| North Dakota | N.D. Cent. Code Ann. § 28-01-16(2); *Bostow v. Lundell Mfg. Co.*, 376 N.W.2d 20, 22 (N.D. 1985) | April 5, 2013 |
| Pennsylvania | 42 Pa. Stat. and Cons. Stat. Ann. § 5527(b); Jacobs v. Halper, 116 F. Supp. 3d 469, 480 (E.D. Pa. 2015) | April 5, 2013 |
| Rhode Island | *Kennedy v. Acura*, No. 01-4063, 2002 WL 31331373, at *6 (R.I. Super. Aug. 28, 2002) | April 5, 2013 |
| South Dakota | S.D. Codified Laws § 37-24-33 | April 5, 2013 |
| Vermont | Vt. Stat. Ann. tit. 12, § 511; *In re Monty*, 2013 WL 2481531, at *4 (Bankr. D. Vt. June 10, 2013) | April 5, 2013 |