IF REPLY- PLEASE SEND TO: patrickshanesweeney@gmail.com

JACK FITZGERALD
3636 4TH AVENUE
SUITE 202
SAN DIEGO, CA.
92103

JOHN ROSENTHAL
WINSTON & STRAWN LLP
1700 K ST., N.W.
WASHINGTON, D.C.
20006

CLERK OF COURT
USDC- EASTERN MISSOURI
THOM. EAGLETON CटHSE.
111 SOUTH 10TH ST.
ST. LOUIS, MO
63102

RECEIVED
MAR 27 2018
BY MAIL

RE: RAWA et. al. v. MONSANTO Co.
CASE No. 17-1252-AGF E.D. MISSOURI
CLAIM No. 217670

DEAR CLERK/COURT:

My NAME IS PATRICK SWEENEY. I AM OBJECTING PRO SE IN THIS MATTER. I DO NOT INTEND TO APPEAR AT THE FAIRNESS HEARING. I AM A MEMBER OF THE CLASS AS DEFINED IN THE LEGAL NOTICE IN THIS CASE.

I HEREBY OBJECT AS FOLLOWS

(1) THE ATTORNEY FEES ARE EXCESSIVE. $7.095M ASSUMING THE LODESTAR CROSS CHECKS THE FEES AS REASONABLE, FEES SHOULD BE NO HIGHER THAN 25%

(2). The fees must be supported by class counsel's detailed billing records. No such records were filed with the motion for fees. No fee award should be granted until the billing records are filed with the court and posted on the settlement website.

(3) The scheduling order did not allow for enough time for class members to review the motion for fees, analyze, research, draft and file an appropriate objection.

(4) The quick pay provision escalates the natural conflict between class counsel and class members. The attorneys should not be paid until the case is complete. At the very least the class counsel should be allowed to be paid $2 million after the district court's final approval.

(5) The motion for attorney fees should be denied. This objector should be allow to file an additional objection after reviewing counsel's billing records.

Patrick Sweeney
6666 Odana Rd., Madison, WI 53711
424-488-4383  Email: patrickshsweeney@gmail.com

SWEENEY
6686 ODANA RD
SUITE 116
MADISON, WI
53219

**RECEIVED**

**MAR 27 2018**

**BY MAIL**

CLERK OF COURTS
U.S. DC - EASTERN MO.
THOM. EAGLETON CRTHSE.
111 SOUTH 10TH ST.
ST. LOUIS, MO
63102

MILWAUKEE WI 530

23 MAR 2018 PM 6 L

