# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSHUA RAWA, ELISABETH MARTIN, ROBERT RAVENCAMP, AMY WARD, CYNTHIA DAVIES, CHRISTOPHER ABBOTT, OWEN OLSON, JEANNIE A. GILCHRIST, ZACHARY SHOLAR, MATTHEW MYERS, JOHN W. BEARD, JR., and MICHAEL OVERSTREET on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 4:17CV01252 AGF<br><br>*Consolidated with Martin v. Monsanto, Case No. 4:17CV02300 AGF* |

## ORDER

In connection with the hearing set for April 17, 2018, and as represented on page 12 of Plaintiffs' memorandum in support of their motion for attorney's fees, costs, and service awards for class representatives (ECF No. 43-1 at 12),

**IT IS HEREBY ORDERED** that Plaintiffs' counsel shall file detailed billing records and hourly rates in support of their motion (ECF No. 43) for attorney's fees, costs, and service awards for class representatives.

Dated this 13th day of April 2018

                                                                         _____
                                                                         AUDREY G. FLEISSIG
                                                                         UNITED STATES DISTRICT JUDGE