UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSHUA RAWA, ELISABETH MARTIN, ROBERT RAVENCAMP, AMY WARD, CYNTHIA DAVIES, CHRISTOPHER ABBOTT, OWEN OLSON, JEANNIE A. GILCHRIST, ZACHARY SHOLAR, MATTHEW MYERS, JOHN W. BEARD, JR., and MICHAEL OVERSTREET on behalf of themselves, all others similarly situated, and the general public,<br><br>                Plaintiffs,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>                Defendant. | Case No. 4:17CV01252 AGF<br><br>*Consolidated with Martin v. Monsanto, Case No. 4:17CV02300 AGF* |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order filed herein on May 25, 2018, granting final approval of the class settlement reached in this consolidated case, and the Order filed herein on this day,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** on the merits and in its entirety, with prejudice, as to all Plaintiffs and all Class Members, and without costs except as otherwise provided in the Court's Order Granting Final Approval of Class Settlement.

**IT IS FURTHER ORDERED** that this Order of Dismissal and the Settlement Agreement is binding on all Class Members who have not timely excluded themselves as set forth in the Settlement Agreement.  Consequently, the Settlement Agreement, the Final Approval Order, and this Order of Dismissal will fully, finally, and forever resolve

- 2 -

the released claims as detailed in paragraph N.1 of the Settlement Agreement, and can be raised as a complete defense to and will preclude any other action or proceeding against the Released Persons based on the released claims, as defined in the Settlement Agreement.

    **IT IS FURTHER ORDERED** that, without affecting the finality of the dismissal, the Court shall retain jurisdiction with respect to the implementation and enforcement of the terms of the Settlement Agreement.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2018.