TO: CLERK

RE: MONSANTO

PLEASE PASS ALONG A COPY OF THE PROPOSED ORDER TO THE JUDGE'S STAFF.

(TY)

Patrick S Sweeney, Pro Se